**Opinion issued September 30, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00407-CV

———————————

## IN RE ROBINSON HELICOPTER COMPANY, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Robinson Helicopter Company, Inc., has filed a petition for writ of

mandamus contending that respondent, the Honorable Michael Gomez, abused his

discretion in compelling production of information relating to Robinson's current net worth.[1]

We deny the petition for writ of mandamus. This Court's order, issued on July 3, 2014, staying the trial court's March 24, 2014 order in cause number 2013-29873 is vacated.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.

---

[1] The underlying case is *Paula Yeager, Individually, as Heir at Law and as Representative of the Estate of Christopher Yeager*, Cause No. 2013-29873, in the 129th District Court of Harris County, the Honorable Michael Gomez presiding.